IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERY JAMES BLANKENSHIP,<br><br>Defendant. | CR 23-99-BLG-SPW<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 23). Defendant Jeffery James Blankenship entered a plea in open court that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Defendant Blankenship's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Mauser, model 98k, 8 mm bolt action rifle, serial number 1631;

- Mosin Nagant Russia, model M44, 7.62x54R caliber bolt action rifle, serial number 44-2383;

1

- Zastava, model 59-66, 7.62x39 caliber, semi-automatic rifle, serial number M-493685;

- CZ, model CZ82, .9x18 caliber, revolver, serial number 184275CZ;

- Taurus, model PT1911, .45 ACP semi-automatic pistol, serial number NBT84249;

- Approximately 964 rounds of assorted ammunition; and

- Approximately 1588 rounds of assorted ammunition.

THAT the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 11th day of October, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge